UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00246-FDW-DSC

| | |
|---|---|
| ELECTROLUX HOME PRODUCTS, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| NATIONAL TRADE SUPPLY, LLC, | ) ) |
| Defendant. | ) ) ) |

ORDER

THIS MATTER is before the Court on the parties' Notices of Settlement, (Doc. Nos. 38, 39, 40). On May 31, 2022, the parties filed their initial Notice of Settlement, (Doc. No. 38), notifying the Court that the parties reached a settlement in principle and "expect[ed] to file a joint dismissal with prejudicial of all claims by June 30, 2022. Based on this Notice of Settlement, the Court notified the parties that an agreement for entry of judgment or a stipulation of dismissal was to be filed within thirty days, up to and including June 30, 2022, or the Court would dismiss the case without prejudice. (See Doc. No. 38). On June 30, 2022, the parties filed a Supplemental Notice of Settlement, (Doc. No. 39), notifying the Court that the "parties [were] nearing the completion of a formal agreement but need additional time to finalize certain terms of the agreement." The parties then notified the Court that they intended to file the dismissal with prejudice of all claims by July 29, 2022. (See Doc. No. 39). The Court accordingly reset the case settlement deadline to August 1, 2022. On July 29, 2022, the parties filed a third Notice of Settlement, (Doc. No. 40), which substantively duplicates the language set forth in the parties' previously filed notices of settlement.

After careful review of the record, the Court finds no reason to again extend the case

settlement deadline in this matter. Accordingly, **the parties shall either file an agreement for entry of judgment or a stipulation of dismissal by the end of day today, August 2, 2022, or the Court will dismiss this case without prejudice.**

    IT IS SO ORDERED.

Signed: August 2, 2022

Frank D. Whitney
United States District Judge